Case Name: KETCHUM, HARRY R.
Case No:    06-71659

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: March 21, 2008        WILLIAM T. NEARY
                                  United States Trustee, Region 11

                            BY:   */s/ Carole J. Ryczek*
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee