## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| KETCHUM, HARRY R | ) | |
| | ) | CASE NO. 06-71659 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  211 South Court Street, Rockford, Illinois, 61101

    on:  April 23, 2008
    at:  9:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $       14,065.39

    b. Disbursements                         $            0.00

    c. Net Cash Available for Distribution   $       14,065.39

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 2,156.54 | $ 203.01 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | none | | |

6. Claims of general unsecured creditors totaling $37,160.89, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 30.15%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1B | Chase Bank USA, N.A. | $ 798.50 | $ 251.53 |
| 2 | US Bank Corp/Retail Payment Solutions | $ 11,070.28 | $ 3,487.19 |
| 3 | Citibank (South Dakota), N.A. | $ 12,219.31 | $ 3,849.14 |
| 4 | Citibank (South Dakota), N.A. | $ 11,685.06 | $ 3,680.84 |
| 5 | LVNV Funding LLC its successors and assigns | $ 1,387.74 | $ 437.14 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 South Court Street, Rockford, Illinois, 61101, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. CD-Amcore Bank
    b. CD-First National Bank in Amboy
    c. CD-First National Bank in Amboy
    d. Checking Account
    e. Household Goods
    f. Miscellaneous Reading Books
    g. Wearing Apparel
    h. Union Fidelity Life Insurance
    i. 1996 Toyota Tacoma

Dated: 3/26/08

For the Court,

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

By: _____
Clerk of the United States Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

.659   Doc 31   Filed 03/25/08   Entered 03/28/08 00:20:43   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores              Page 1 of 1                    Date Rcvd: Mar 25, 2008
Case: 06-71659                Form ID: pdf002            Total Served: 30
```

The following entities were served by first class mail on Mar 27, 2008.
```
 db          +Harry R Ketchum,    220 Hubbard Street,    Amboy, IL 61310-1010
 aty         +Mary Pat T. Dixon,    Dixon & Giesen Law Offices,    121 East First Street,    Dixon, IL 61021-3023
 tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10908495      AT & T Universal Card,    PO Box 688910,    Des Moines, Iowa 50368-8910
10908498     +BP,    Processing Center,    Des Moines, IA 50360-0001
10908497      Bank of America,    PO Box 1516,    Newark, NJ 07101-1516
10908496      Bank of America,    PO Box 650260,    Dallas, TX 75265-0260
10908504     +CITGO,    Processing Center,    Des Moines, IA 50362-0001
10908499      Capital One,    PO Box 70884,    Charlotte, NC 28272-0884
10908500      Capital One,    PO Box 7-884,    Charlotte, NC 28272-0884
10908501      Capital One Bank,    PO Box 790216,    St. Louis, MO 63179-0216
10908502      Captial One Bank,    PO Box 790216,    St. Louis, MO 63179-0216
10908503      Chase,    PO Box 15153,    Wilmington, DE 19886-5153
11009674     +Chase Bank USA, N.A.,     c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10908506      Citi Cards,    PO Box 688913,    Des Moines, Iowa 50368-8913
10908505      Citi Cards,    PO Box 6077,    Sioux Falls, SD 57117-6077
11048822      Citibank (South Dakota), N.A.,    Exception Payment Processing,    P.O. Box 6305,
               The Lakes, NV 88901-6305
10908507      Conoco,    Credit Card Center,    PO Box 689140,    Des Moines, IA 50368-9140
10908509      FMA Alliance, Ltd.,    PO Box 2409,    Houston, TX 77252-2409
10908508     +First National Bank of Amboy,    220 E. Main Street, PO Box 80,    Amboy, IL 61310-0080
10908510      HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
10908511      MBNA America,    PO Box 15137,    Willington, DE 19886-5137
10908512      Payment Processing Center,    PO Box 660487,    Dallas, TX 75266-0487
10908513      Shell,    Gasoline Card Center,    PO Box 689151,    Des Moines, IA 50368-9151
10908514    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 790408,    St. Louis, MO 63179-0408)
11038469     +US Bank Corp/Retail Payment Solutions,    PO Box 5229,    Cincinnati, Ohio 45201-5229
10908515      Washington Mutual Card Services,    PO Box 660487,    Dallas, TX 75266-0487
11194592     +eCAST Settlement Corporation,    P O Box 35480,    Newark, NJ 07193-5480
11174666      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Mar 26, 2008.
```
11129353      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                                TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2008**                    **Signature:**   *Joseph Speetjens*