JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 01, 2008 through May 30, 2008
Account Number: **000312101779765**

## CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273



00017005 DBI 802 24 15408 - NNNNN  1 000000000 60 0000
06-71659 KETCHUM HARRY R
DEBTOR
330501 BRADLEY WALLER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

**SAVINGS SUMMARY**   Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $13.34 |

This account earns interest daily and the current interest rate is 0.15%.

The total interest paid this year is $13.34.

06-06-08
BKW

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 01, 2008 through May 30, 2008
Account Number: **000312101779766**

## CUSTOMER SERVICE INFORMATION

Service Center: **1-800-634-5273**



00017006 DBI 802 24 15408 - NNNNN  1 000000000 60 0000
06-71659 KETCHUM HARRY R
DEBTOR
330501 BRADLEY WALLER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $14,069.43 |
| Checks Paid | 7 | - 14,069.43 |
| Ending Balance | 7 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 05/02 | $2,156.54 |
| 102 | 05/02 | 203.01 |
| 103 | 05/09 | 251.63 |
| 104 | 05/09 | 3,488.39 |
| 105 | 05/07 | 3,850.46 |
| 106 | 05/07 | 3,682.11 |
| 107 | 05/14 | 437.29 |
| **Total Checks Paid** |  | **$14,069.43** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/02 | $11,709.88 |
| 05/07 | 4,177.31 |
| 05/09 | 437.29 |
| 05/14 | 0.00 |

06-06-08